Chief Judge LIPPMAN taking no part.

DEAN G. SKELOS et al., as Duly Elected Members of the New York State Senate, Respondents, v DAVID PATERSON, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by Gerald Benjamin et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed.

DEAN G. SKELOS et al., as Duly Elected Members of the New York State Senate, Respondents, v DAVID PATERSON, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by Ricardo Montano et al. for leave to appear amici curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed forthwith.

DEAN G. SKELOS et al., as Duly Elected Members of the New York State Senate, Respondents, v DAVID PATERSON, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by New York Civil Liberties Union for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

DEAN G. SKELOS et al., as Duly Elected Members of the New York State Senate, Respondents, v DAVID PATERSON, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by Partnership for New York City, Inc. for leave to file

a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Dean G. Skelos et al., as Duly Elected Members of the New York State Senate, Respondents, v David Paterson, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by Citizens Union of the City of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Dean G. Skelos et al., as Duly Elected Members of the New York State Senate, Respondents, v David Paterson, as Governor of the State of New York, et al., Appellants.

Submitted September 8, 2009; decided September 15, 2009

Reported below, 65 AD3d 339.

Motion by United Federation of Teachers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

[915 NE2d 1140, 886 NYS2d 845]

Joseph I. Rosenzweig, Appellant, v Radiah K. Givens, Respondent.

Decided September 17, 2009